

**FILED**

**DEC 3 0 2025**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____FMN_____
DEPUTY CLERK



**United States District Court**
**Eastern District of California**

| | |
|---|---|
| Wilfran Rafael Vargas Sivira | Case Number: 1:25-cv-01987-KES-EPG |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Noem, et. al. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Danial Gividen__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Petitioner Wilfran Rafael Vargas Sivira

On __11/23/2010__ (date), I was admitted to practice and presently in good standing in the __State of Texas__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __12/23/2025__     Signature of Applicant: /s/ __Dan Gividen__

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Danial Gividen

Law Firm Name: Gividen Law, PLLC

Address: 18208 Preston Rd. D9-284

City: Dallas  State: Texas  Zip: 75252

Phone Number w/Area Code: (801) 458-7965

City and State of Residence: McKinney, Texas

Primary E-mail Address: dan@gividenlaw.com

Secondary E-mail Address: habeas@gividenlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Prerna Preshika Lal

Law Firm Name: Lal Legal, A Professional Law Corporation

Address: 2001 Addison St Ste 300

City: Berkeley  State: CA  Zip: 94704

Phone Number w/Area Code: (800) 552-5616  Bar #: 354786

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/30/25

JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 22, 2025

Re: Danial Mathias Gividen, State Bar Number 24075434

To Whom It May Concern:

This is to certify that Danial Mathias Gividen was licensed to practice law in Texas on November 23, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Danial Gividen

| Bar Number: | Date of Admission: |
|---|---|
| 24075434 | 06/16/2010 |

Witness my official signature and the seal of this court.

Dated: November 25, 2025

Karen Mitchell,
Clerk of Court

By: /s/ K. Riojas
Deputy Clerk